UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Deschenes, Judith – Case No. 1:14-cv-01451

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Case Management Order No. 28, Plaintiff and the Cook Defendants stipulate to the dismissal of all claims in this action with prejudice. Each party shall bear its own fees and costs.

Dated: February 16, 2026

| | |
|---|---|
| */s/ Thomas Wm. Arbon* | */s/ Andrea Roberts Pierson* |
| Thomas Wm. Arbon | Andrea Roberts Pierson |
| Ben Martin Law Group | Faegre Drinker Biddle & Reath LLP |
| 3500 Maple Ave., Suite 400 | 300 North Meridian Street, Suite 2500 |
| Dallas, TX 75219 | Indianapolis, IN 46204 |
| Telephone: (214) 761-6614 | Telephone: (317) 237-0300 |
| Facsimile: (214) 744-7590 | Facsimile: (317) 237-1000 |
| Email: tarbon@bencmartin.com | Email: andrea.pierson@faegredrinker.com |
| ***Attorney for Plaintiffs*** | ***Attorney for Defendants*** |